# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01660-FWS (JDEx) | Date | November 17, 2022 |
| Title | Jose Lagunas v. Mercedes-Benz USA, LLC, et al | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas for Melissa H. Kunig | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None | Mehgan Gallagher |

**PROCEEDINGS: PLAINTIFF'S MOTION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT [19]**

    Motion hearing held on Zoom.  The court and counsel confer regarding the motion. In light of the Notice of Settlement filed [23] the matter is taken off calendar and the court is to proceed with the Notice of Settlement.

|  | 00 | : | 01 |
|---|---|---|---|
| Initials of Deputy Clerk | eva/mku | | |

cc: